USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/29/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

VICTOR CASILLAS,

             Defendant.

No. 20-CR-308

ORDER

RONNIE ABRAMS, United States District Judge:

       Supervisee Victor Casillas is to participate in Long-Term Residential Rehabilitation Treatment at Samaritan Daytop Village Fox Run Facility located at 190 Fox Hollow Rd, Rhinebeck, NY 12572, for a total of 120 days.

SO ORDERED.

Dated:   August 29, 2022
            New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge