USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

VICTOR CASILLAS,

Defendant.

No. 20-CR-308

AMENDED ORDER

---

RONNIE ABRAMS, United States District Judge:

Supervisee Victor Casillas is to participate in Long-Term Residential Rehabilitation Treatment at Samaritan Daytop Village Fox Run Facility located at 190 Fox Hollow Rd, Rhinebeck, NY 12572, or any sister location, for a total of 120 days.

SO ORDERED.

Dated:  September 28, 2022
        New York, New York

Ronnie Abrams
United States District Judge