**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 29, 2022

**BY ECF**

The Honorable Ronnie Abrams
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
November 29, 2022

**Re:   United States v. Victor Casillas
        20 Cr. 308 (RA)**

Dear Judge Abrams,

    I write to request that the Court authorize Victor Casillas to leave his inpatient treatment program for a daytrip to visit an ailing close friend on Thursday, December 1, 2022. Mr. Casillas's inpatient treatment program will facilitate his travel to and from his visit, and Mr. Casillas will provide a sample for urinalysis upon return. I have conferred with USPO Angela Cosenza, who consents to this application and has been in contact with Mr. Casillas's close friend and case manager. The Government, by AUSA Maddie Smyser, does not oppose this request.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender

Cc:   AUSA Maddie Smyser